UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In Re:  Phillip Andrew Richardson and   )   Cause No. 16-80692
        Tabetha Kay Richardson,          )
                Debtors                  )

**DEBTORS' OBJECTION TO CLAIM
OF WILMINGTON SAVINGS FUND SOCIETY, FSB**

Comes now Terry L. English, counsel for the Debtors, and objects to Claim Number 13 as submitted by the Wilmington Savings Fund Society, FSB. In support of said objection, the Debtors would show:

1. That Wilmington Savings Fund Society, FSB, the holder of the Debtors' mortgage, on February 14, 2017 filed a secured claim in the instant case. The claim alleges that the Debtors were in arrears on their mortgage on the date of their Chapter 13 filing in the amount of $5,543.52.

2. That the Debtors have been notified that a mortgage hardship program administered by the State of Indiana has, in fact, paid to Wilmington Savings Fund Society, FSB, an amount sufficient to bring the Debtors' mortgage account current. The Debtors have reason to believe that Wilmington Savings Fund Society, FSB is owed only mortgage principal by the Debtors (and accruing interest on account) and no other amounts, including arrearages, at this time.

WHEREFORE, the Debtors request that Claim Number 13 as filed by the Wilmington Savings Fund Society, FSB, be disallowed to the extent that it calls for payment by the Chapter 13 Trustee of mortgage arrearages as part of the Debtors' plan. The Debtors further request all other relief proper in the premises.

_____/s/Terry L. English_____
Terry L. English, #6718-53
Attorney for Debtors
820 N. College Avenue
Bloomington, IN 47404
Telephone: 812-334-2192
Facsimile: 812-334-3675
E-mail:
Barrister@bluemarble.net

**CERTIFICATE OF SERVICE**

      I, Terry L. English, certify that a true and accurate copy of the above pleading was served on the following counsel on the 21st day of March, 2017, by electronic mail or U.S. Mail:

Ms. Nancy Gargula
United States Trustee
101 W. Ohio St. #1000
Indianapolis, IN 46204

Mr. Donald L. Decker
Chapter 13 Trustee
P.O. Box 9237
Terre Haute, IN 47807

Wilmington Savings Fund
Society, NA
c/o SN Servicing
323 5th Street
Eureka, CA 95501

                                        ____/s/Terry L. English_____
                                        Terry L. English

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In Re:   Phillip Andrew Richardson and | ) | Cause No. 16-80692 |
| Tabetha Kay Richardson, | ) | |
| Debtors | ) | |

### NOTICE OF OBJECTION TO CLAIM
### OF WILMINGTON SAVINGS FUND SOCIETY, FSB

      PLEASE TAKE NOTICE that the Wilmington Savings Fund Society, FSB shall have thirty (30) **days from the date this Notice is served** to file a Response to the Debtors' Objection to Claim of Wilmington Savings Fund Society, FSB (Claim Number 13) as tendered to the Court. Responses must be filed in writing in accordance with Local Rule S.D.Ind. B-9013-1 with the Clerk's Office and must be served on the attorney for the Debtors at the address listed below. If no response is timely filed, an order may be entered by the Court for the relief requested.

**Service addresses:**

Terry L. English
Attorney at Law
820 N. College Avenue
Bloomington, IN 47404

Clerk
United States Bankruptcy Court
352 Federal Building,
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

### CERTIFICATE OF SERVICE

      I, Terry L. English, certify that a true and accurate copy of the above pleading was served on the following counsel on the 21st day of March, 2017, by electronic mail or U.S. Mail:

Ms. Nancy Gargula
United States Trustee
101 W. Ohio St. #1000
Indianapolis, IN 46204

Mr. Donald L. Decker
Chapter 13 Trustee
P.O. Box 9237
Terre Haute, IN 47807

Wilmington Savings Fund
Society, FSB
c/o SN Servicing
323 5th Street
Eureka, CA 95501

　　　　　　　　　　　　　　　　　　　　　　____/s/Terry L. English_____
　　　　　　　　　　　　　　　　　　　　　　Terry L. English